IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00367-CV

 

Waxahachie Independent 

School District,

 

                                                                      Appellant

 v.

 

Tim Johnson and Ed White,

                                                                      Appellees

 

 

 



From the 40th District Court

Ellis County, Texas

Trial Court No. 68721

 



Order



 








          Appellant’s motion for rehearing is
denied.  The opinion and judgment dated September 7, 2005 are withdrawn, and
the opinion and judgment of even date herewith are substituted therefor.  The
dissenting opinion of September 7, 2005 by Chief Justice Gray is not withdrawn.

PER CURIAM

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Order issued and filed
November 23, 2005

[CR25]






tify; line-height: 0.388889in">      The Appellant has filed a motion to dismiss this appeal in which it asserts that the parties have
settled their dispute. In relevant portion, Rule 42.1 of the Texas Rules of Appellate Procedure
provides:
(a) The appellate court may dispose of an appeal as follows:
(1) in accordance with an agreement signed by all parties or their attorneys and
filed with the clerk; or
(2) in accordance with a motion of appellant to dismiss the appeal or affirm the
appealed judgment or order; but no party may be prevented from seeking any
relief to which it would otherwise be entitled. 
Tex. R. App. P. 42.1.
      The appeal is dismissed. Costs are taxed against the party incurring them.

                                                                               PER CURIAM

Before Chief Justice Davis,
      Justice Vance, and
      Justice Gray
Appeal dismissed
Opinion delivered and filed August 1, 2001
Do not publish